# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WADE REEVES,**<br><br>                    Plaintiff,<br><br>v.<br><br>**ROSENTHAL, MORGAN AND THOMAS, INC., A PROFESSIONAL RECOVERY CORPORATION,**<br><br>                    Defendants. | Case No: 1:15-CV-00309---SMS<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. SANDRA M. SNYDER** |

Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice.  This court retains jurisdiction for purposes of settlement.

IT IS SO ORDERED.

Dated: 5/22/2015                          /s/ SANDRA M. SNYDER
                                          UNITED STATES MAGISTRATE JUDGE